| | |
|---|---|
| Thomas P. Bleau, Esq., SBN 152945<br>tbleau@bleaufox.com<br>Martin Fox, Esq., SBN 155783<br>mfox@bleaufox.com<br>Gennady L. Lebedev, Esq., SBN 179945<br>glebedev@bleaufox.com<br>Megan A. Childress, Esq., SBN 266926<br>mchildress@bleaufox.com<br>BLEAU FOX, A P.L.C.<br>3575 Cahuenga Blvd., West, Suite 580<br>Los Angeles, California 90068<br>Telephone: (323) 874-8613<br>Facsimile: (323) 874-1234 | JS-6 |

Attorney for Plaintiff,
OSKO KARAGHOSSIAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSKO KARAGHOSSIAN, an individual;<br><br>   Plaintiffs,<br>v.<br><br>EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES, INC., a Texas corporation and DOES 1 through 10, Inclusive;<br><br>   Defendants. | CASE NO: 2:12-cv-08866-PA-VBK<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:  October 16, 2012<br>District Judge:   Hon. Percy Anderson<br>Dept:              15<br>Magistrate:       Hon. Victor B. Kenton<br>Dept:              590<br>Trial Date:        Not Set |

Having considered the Stipulation of Dismissal of Entire Action With Prejudice by and between the parties, the Court hereby orders this entire action to be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Date: May 16, 2013

_____
Hon. Percy Anderson
United States District Judge

---

-1-

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE